and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.

846 A.2d 591

IN THE MATTER OF WILLIAM E. MCMANUS, II, AN ATTORNEY AT LAW (ATTORNEY NO. 001671982).

April 23, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–242 concluding that **WILLIAM E. Mc-MANUS, II**, formerly of **MORRISTOWN**, who was admitted to the bar of this State in 1982, and who thereafter was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b) by Order of the Court filed December 10, 2002, should be suspended from the practice of law for a period of two years for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on attorney's trustworthiness or fitness) and *RPC* 8.4(c) (dishonesty, fraud, deceit and misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM E. McMANUS, II**, is suspended from the practice of law for a period of two years and until the further Order of the Court, retroactive to December 10, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.